UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL J. HEREDIA,<br><br>Plaintiff,<br><br>-v.-<br><br>KAROL MASON, *President, John Jay College of Criminal Justice, City University of New York*; and DR. ALLISON PEASE, *Provost, John Jay College of Criminal Justice, City University of New York*,<br><br>Defendants. | 26 Civ. 7948 (KPF)<br><br>**ORDER OF SERVICE** |

KATHERINE POLK FAILLA, District Judge:

Plaintiff, who is proceeding *pro se*, brings this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and the New York City and State Human Rights Laws, alleging that his employer discriminated against him based on his race and national origin. By order dated September 25, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. For the reasons set forth below, the Court: (i) directs the Clerk of Court to add the City University of New York as a Defendant in this action and (i) directs service on Defendants.

## DISCUSSION

### A. The City University of New York

Under Federal Rule of Civil Procedure 21, the Court, on its own motion, "may[,] at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21; *see Anwar* v. *Fairfield Greenwich, Ltd.*, 118 F. Supp. 3d 591, 618-19 (S.D.N.Y.

2015) (Rule 21 "afford[s] courts discretion to shape litigation in the interests of efficiency and justice."). A court can, under Rule 21, "add[ ] individual defendants in actions whe[n] the complaint mentions them 'throughout the body of the [c]omplaint' as involved in the underlying alleged events." *Alexander* v. *City of New York*, No. 25 Civ. 284 (RA), 2025 WL 861377, at *1 (S.D.N.Y. Mar. 19, 2025) (quoting *George* v. *Westchester Cnty. Dep't of Corr.*, No. 20 Civ. 1723 (KMK), 2020 WL 1922691, at *2 (S.D.N.Y. Apr. 21, 2020)). This reflects the intent of Rule 21. *See Truncale* v. *Universal Pictures Co.*, 82 F. Supp. 576, 578 (S.D.N.Y. 1949) ("In so far as [Rule 21] relates to the addition of parties, it is intended to permit the bringing in of a person who, through inadvertence, mistake or for some other reason, had not been made a party and whose presence as a party is later found necessary or desirable.").

Plaintiff brings claims of employment discrimination under Title VII arising from the denial of his reappointment as a lecturer at the John Jay College of Criminal Justice ("JJCCJ"), which is a senior college that is part of the City University of New York ("CUNY"). He names as Defendants JJCCJ President Karol Mason and JJCCJ Provost Dr. Allison Pease. However, "the only proper defendant in a Title VII claim is the plaintiff's employer[.]" *Mira* v. *Kingston*, 218 F. Supp. 3d 229, 235 (S.D.N.Y. 2016), *aff'd*, 715 F. App'x 28 (2d Cir. 2017) (summary order). Because it is clear that Plaintiff seeks to assert employment discrimination claims against his employer, the Court directs the

Clerk of Court to add CUNY as a Defendant in this action, under Rule 21.[1] The addition of CUNY as a Defendant in this action is without prejudice to any defenses CUNY may assert in this action.

**B. Order of Service**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker* v. *Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process … in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants CUNY, Karol Mason, and Allison Pease through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

---

1 Plaintiff alleges that he was a lecturer at JJCCJ. As a senior college within the CUNY system, however, JJCCJ has no legal existence separate from CUNY. *See Barry* v. *City Univ. of New York*, 700 F. Supp. 2d 447, 448 n.1 (S.D.N.Y. 2010) (citing *Clissuras* v. *City Univ. of New York*, 359 F.3d 79, 81 & n.2 (2d Cir. 2004) (per curiam)). The Court therefore adds CUNY as the appropriate Defendant.

2 Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur* v. *Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**CONCLUSION**

The Clerk of Court is directed to mail an information package to Plaintiff.

The Clerk of Court is also directed to add the City University of New York as a Defendant under Federal Rule of Civil Procedure 21.

The Clerk of Court is further directed to issue a summons for the City University of New York, Karol Mason, and Allison Pease, complete the USM-285 form with the address for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated: October 9, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge

## SERVICE ADDRESS FOR EACH DEFENDANT

1. City University of New York
   205 East 42nd Street
   New York, NY 10017

2. Karol Mason, President
   John Jay College of Criminal Justice
   524 West 59th Street
   New York, NY 10019

3. Dr. Allison Pease, Provost
   John Jay College of Criminal Justice
   524 West 59th Street
   New York, NY 10019